UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CR-2-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TRACY BRITE<br>a/k/a Tracey Jermont Brite | ORDER |

This matter having come before the Court by a motion of the Office of the Federal Public Defender to correct the spelling of the name of the Defendant, and for good cause shown, it is hereby ORDERED that the correction shall be made and the name of the defendant shall be corrected to Tracey Brite.

IT IS SO ORDERED.

This the 12th day of November, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge